UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**DEMETRIUS BAILEY,** :

    **Plaintiff** : CIVIL ACTION NO. 3:20-0762

    v. : (JUDGE MANNION)

**JEN DIGBY, et al.,** :

    **Defendants** :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment, (Doc. 75) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

4. Plaintiff's motion to compel discovery, (Doc. 82) is **DISMISSED** as moot.

                        *s/ Malachy E. Mannion*
                        **MALACHY E. MANNION**
                        **United States District Judge**

**Dated: September 28, 2022**
20-0762-01-ORDER